# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00599-CV

**SWEPI LP, Appellant**

**v.**

**Railroad Commission of Texas and Betty Eyhorn, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. D-1-GN-06-003322, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The reporter's record was filed in this accelerated appeal on February 12, 2007. Appellant's brief was due to be filed by March 5, 2007. *See* Tex. R. App. P. 38.6(a). By notice dated April 2, 2007, this Court's clerk notified appellant that its brief was overdue and that this Court would dismiss this appeal unless appellant filed a brief or a motion for extension by April 12, 2007. Appellant has filed neither and there has been no other activity in this case. This appeal is dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).

G. Alan Waldrop, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Prosecution

Filed:   June 18, 2007